IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE G WEAVER,<br><br>        Plaintiff,<br>    v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>        Defendants. | No. C-16-4907 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES OF DOCUMENTS** |

On September 7, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendants are hereby DIRECTED to submit forthwith chambers copies of the (1) Notice of Removal, filed August 25, 2016 and (2) the Motion to Dismiss and Request for Judicial Notice in support thereof, filed September 1, 2016. Such chambers copies and all future chambers copies shall be submitted in single-sided format. See Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2; Civil L.R. 3-4 (setting forth requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

**IT IS SO ORDERED.**

Dated: September 7, 2016

MAXINE M. CHESNEY
United States District Judge