IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE G WEAVER,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>        Defendants. | Case No. 16-cv-04907-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS COMPLAINT** |

Before the Court is defendants Wells Fargo Bank, N.A., and Bank of New York Mellon's motion, filed September 1, 2016, to dismiss the complaint in the above-titled action. On September 9, 2016, defendant NDeX West, LLC joined in the motion. Plaintiff has not filed opposition.[1]

Having read and considered the papers filed in support thereof, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for November 4, 2016.

**IT IS SO ORDERED.**

Dated: September 26, 2016

                                        MAXINE M. CHESNEY
                                        United States District Judge

---

[1] Pursuant to the Civil Local Rules of this District, any opposition was due no later than September 15, 2016. See Civil L. R. 7-3(a) (providing opposition must be filed no later than 14 days after date motion filed).