IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE G WEAVER,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | Case No. 16-cv-04907-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

A Case Management Conference in the above-titled action has been scheduled for January 27, 2017.  In light of the pending motion to dismiss, filed by defendant on December 2, 2016, and set for hearing on January 27, 2017, the Case Management Conference is hereby CONTINUED to March 3, 2017, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than February 24, 2017.

**IT IS SO ORDERED.**

Dated: January 13, 2017

_____
MAXINE M. CHESNEY
United States District Judge