IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE G WEAVER,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 16-cv-04907-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

     Before the Court is defendant Wells Fargo Bank, N.A.'s "Motion to Dismiss the First Amended Complaint," filed November 1, 2016.  Plaintiff Annie G. Weaver has filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for January 27, 2017.

     **IT IS SO ORDERED.**

Dated: January 20, 2017

MAXINE M. CHESNEY
United States District Judge