UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE G. WEAVER,<br><br>  Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A.; NDEx WEST, LLC; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the WORLD SAVINGS REMIC 31, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 31 TRUST and DOES 1-100, inclusive<br><br>  Defendants. | CASE NO.: 4:16-CV-04907-MMC<br><br>[The Honorable Maxine M. Chesney]<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |

The Court, having reviewed the Stipulation to extend the deadline for completion of mediation, and GOOD CAUSE APPEARING, PURSUANT TO STIPULATION hereby orders that:

The deadline to complete the mediation be extended thirty (30) days to from April 13, 2017 to May 13, 2017.

IT IS SO ORDERED.

Dated: April 11, 2017

HONORABLE MAXINE M. CHESNEY
~~UNITED STATES MAGISTRATE JUDGE~~
UNITED STATES DISTRICT JUDGE