UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE G. WEAVER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A.; NDEx WEST, LLC; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the WORLD SAVINGS REMIC 31, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 31 TRUST and DOES 1-100, inclusive<br><br>　　　　Defendants. | CASE NO.: 4:16-CV-04907-MMC<br><br>[The Honorable Maxine M. Chesney]<br><br>**ORDER ~~SECOND~~ GRANTING JOINT STIPULATION TO EXTEND ^SECOND MEDIATION DEADLINE** |

1     The Court, having reviewed the second joint Stipulation to extend the deadline for completion of mediation, and GOOD CAUSE APPEARING, PURSUANT TO STIPULATION hereby orders that:

    The deadline to complete the mediation be extended thirty (30) days to from May 13, 2017 to June 13, 2017.

    IT IS SO ORDERED.

Dated: April 17, 2017

*[signature]*
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE