UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE G. WEAVER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A.; NDEx WEST, LLC; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the WORLD SAVINGS REMIC 31, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 31 TRUST and DOES 1-100, inclusive<br><br>　　　　Defendants. | CASE NO.: 4:16-CV-04907-MMC<br><br>[The Honorable Maxine M. Chesney]<br><br>**ORDER GRANTING THIRD JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |

1  The Court, having reviewed the third joint Stipulation to extend the deadline for
2  completion of mediation, and GOOD CAUSE APPEARING, PURSUANT TO STIPULATION
3  hereby orders that:
4  The deadline to complete the mediation be extended sixty ( 60) days to from June 13,
5  2017 to August 14, 2017.

7  IT IS SO ORDERED.

9  Dated:  May 16, 2017                                   /s/ Maxine M. Chesney
10                                                          HONORABLE MAXINE M. CHESNEY
                                                            UNITED STATES DISTRICT JUDGE