1 | Robert A. Bailey (# 214688)
rbailey@afrct.com
2 | Daniel A. Armstrong (# 270175)
darmstrong@afrct.com
3 | ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP
4 | 301 N. Lake Avenue, Suite 1100
Pasadena, California 91101-4158
5 | Telephone: (626) 535-1900
Facsimile: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A. ("Wells Fargo") and THE BANK OF NEW YORK MELLON ("BNYM") f/k/a THE BANK OF NEW YORK as Trustee for the WORLD SAVINGS REMIC 31, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 31 TRUST

Mark W. Lapham, Esq.
LAW OFFICES OF MARK W. LAPHAM
751 Diablo Rd.
Danville, CA 94526
Tel: (925) 837-9007
Fax: (925) 406-1616

Attorneys for Plaintiff:
ANNIE G. WEAVER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE G. WEAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.; NDEx WEST, LLC; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the WORLD SAVINGS REMIC 31, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 31 TRUST and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO.: 3:16-CV-04907-MMC<br><br>[The Honorable Maxine M. Chesney]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Date: June 16, 2017<br><br>Proposed Date.<br>Date:    August 25, 2017<br>Time:   10:30 a.m.<br>Ctrm:   7, 19th Floor |

TO THE CLERK OF THE COURT AND THE HONORABLE DISTRICT JUDGE:

Plaintiff Annie G. Weaver and defendant WELLS FARGO BANK, N.A. ("Wells Fargo") enter into the below stipulation and hereby request that the Court enter the accompanying proposed order. Counsel for Plaintiff and Wells Fargo jointly stipulate as follows:

1. WHEREAS, on September 13, 2016 the Court issued an Order Setting Initial Case Management Conference for December 2, 2016 (Dkt. 16);

2. WHEREAS, on November 1, 2016, the Court reset the hearing on the Initial Case Management Conference to January 27, 2017;

3. WHEREAS, on January 13, 2017, the Court continued the hearing on the Initial Case Management Conference to March 3, 2017 due to the pending motion to dismiss (Dkt. 44);

4. WHEREAS, on February 24, 2017, the Court granted the motion to dismiss and continued the Case Management Conference to April 21, 2017 (Dkt. 46);

5. WHEREAS, Plaintiff filed a second amended complaint and Wells Fargo filed a motion to dismiss the second amended complaint;

6. WHEREAS, the Court issued an order continuing the Case Management Conference to June 16, 2017 (Document 54);

7. WHEREAS, Wells Fargo is preparing to file a motion for judgment on the pleadings;

8. WHEREAS, the parties would like to avoid unnecessary costs and use of judicial resources;

9. WHEREAS, the parties stipulate and request to continue the Case Management Conference to August 25, 2017 to allow time for the court to hear the motion for judgment on the pleadings;

/ / /

/ / /

/ / /

STIPULATION

NOW THEREFORE,

IT IS HEREBY STIPULATED that the Case Management Conference be continued from June 16, 2017 to August 25, 2017.

Respectfully submitted,

Dated: June 13, 2017    LAW OFFICES OF MARK W. LAPHAM

By: */s/ Mark Lapham*
   Mark W. Lapham
   marklapham@sbcglobal.net
Attorneys for Plaintiff
ANNIE G. WEAVER

Respectfully submitted,

Dated: June 13, 2017    ANGLIN, FLEWELLING, RASMUSSEN,
            CAMPBELL & TRYTTEN LLP

By: */s/ Daniel A. Armstrong*
   Daniel A. Armstrong
   darmstrong@afrct.com
Attorneys for Defendant WELLS FARGO BANK, N.A. ("Wells Fargo")

| | |
|---|---|
| 1 | <u>ATTESTATION PURSUANT TO GENERAL ORDER 45</u> |
| 2 | I, Daniel A. Armstrong, attest that concurrence in the filing of this document has been obtained from each signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of June 2017. |

By: */s/ Daniel A. Armstrong*

# ORDER

The hearing on Case Management Conference currently scheduled for June 16, 2017 is hereby continued to August 25, 2017. The parties are directed to file, no later than August 18, 2017, an updated Joint Case Management Statement, in which the parties set forth, <u>inter</u> <u>alia</u>, a proposed trial schedule, including proposed deadlines for discovery and dispositive motions

**IT IS SO ORDERED.**

Dated: June 13, 2017

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE