IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE G WEAVER,<br>　　　　　Plaintiff,<br>　　v.<br>WELLS FARGO BANK, N.A.,<br>　　　　　Defendant. | Case No. 16-cv-04907-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

A Case Management Conference in the above-titled action has been scheduled for August 25, 2017. In light of the pending motion for judgment on the pleadings, filed August 11, 2017, and set for hearing on September 22, 2017, the Case Management Conference is hereby CONTINUED to December 1, 2017, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than November 22, 2017.

**IT IS SO ORDERED.**

Dated: August 16, 2017

MAXINE M. CHESNEY
United States District Judge