```
 1  Law Offices of Mark W. Lapham  (SBN 146352)
    751 Diablo Rd.
 2  Danville, CA 94526
    Tel:  (925) 837-9007
 3  Fax: (925) 406-1616
 4
    Attorney for Plaintiff
 5  ANNIE G. WEAVER
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNIE G. WEAVER,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK ("BNYM"), AS Trustee for the WORLD SAVINGS REMIC 31, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 31 TRUST AND DOES 1-100, inclusive,<br><br>    Defendant(s). | Case No.:  3:16-cv-04907-MMC<br>The Honorable Maxine Chesney<br><br>**STIPULATION AND COURT ORDER MOVING THE ALLOWABLE TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION** ~~TO DISMISS AND DEFENDANT'S REPLY BY 3 DAYS.~~ **FOR JUDGMENT ON THE PLEADINGS AND DEFENDANT'S REPLY BY 3 DAYS; EXTENDING MEDIATION COMPLETION DEADLINE**[1]<br>Complaint Filed:  June 13, 2016 |

**STIPULATION**

    Plaintiff Annie G. Weaver and Defendants Wells Fargo Bank, N.A. and The Bank of New York, as Trustee for the WORLD SAVINGS REMIC 31, MORTGAGE PASS-THROUGH CERTICATES, SERIES 31 TRUST, hereby stipulate through their respective counsel as follows:

Defendants have filed a FRCP 12(b) (6) motion to dismiss.  Plaintiff and her counsel, Mark Lapham,

---

[1] The stipulation erroneously refers to the pending motion as a motion to dismiss.  (See Doc. No. 69.)

are in receipt of the motion and plan to file a response.  The response is currently due on August 25, 2017.  The parties through their attorneys have agreed to extend the time for Plaintiff's response by 3 days and also to extend the time for Defendants to reply by 3 days.  Plaintiff's response will be due on August 28, 2017 and Defendants reply shall be due on September 4th.  Additionally, the parties wish to extend the time to complete their mediation by 60 days to allow the Court time to rule on the motion.

     IT IS SO STIPULATED.

| | |
|---|---|
| Date: August, 22, 2017 | LAW OFFICES OF MARK W. LAPHAM |
| | By:_____*/s/ Mark W. Lapham*_____ |
| | MARK W. LAPHAM (SBN 146352) |
| | Attorney for Plaintiff |
| | ANNIE G. WEAVER |
| Dated: August 22, 2017 | ANGLIN, FLEWELLING, RASSMUSSEN, CAMPBELL & TRYTTEN LLP |
| | By:_____*/s/ Daniel Armstrong*_____ |
| | DANIEL ARMSTRONG (SBN 270175) |
| | 199 S. Los Robles Ave., Suite 600 |
| | Pasadena, CA  91101 |
| | Attorney for Defendants |
| | Wells Fargo and |
| | The Bank of New York Mellon |

ORDER for Judgment on the Pleadings

The time for Plaintiff's to file a response to Defendants Motion ~~to Dismiss~~ is extended 3 days until August 28th, 2017. Defendants' time to reply to Plaintiff's response shall also be extended 3 days until September 4, 2017. The time to complete mediation is also extended 60 days from August 14, 2017 to October 13, 2017.

IT IS SO ORDERED.

Dated: August 23, 2017

HONORABLE MAXINE CHESNEY
U.S. DISTRICT COURT JUDGE