IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE G WEAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 16-cv-04907-MMC<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS |

Before the Court is defendant Wells Fargo Bank, N.A.'s "Motion for Judgment on the Pleadings," filed August 11, 2017, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. Plaintiff Annie G. Weaver has filed opposition, to which defendant has replied. The matter came on regularly for hearing on September 22, 2017. Mark W. Lapham appeared on behalf of plaintiff. Daniel A. Armstrong of Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP appeared on behalf of defendant.

Having considered the parties' respective written submissions and the arguments of counsel at the hearing, the Court, for the reasons stated on the record at the hearing, hereby GRANTS the motion.

**IT IS SO ORDERED.**

Dated: September 22, 2017

                                          MAXINE M. CHESNEY<br>                                        United States District Judge